IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

**UNITED STATES OF AMERICA**

**VS**  CR NO. **8:22-380**

**PHILLIP ORLANDO COLEMAN**

# PLEA

The defendant, **PHILLIP ORLANDO COLEMAN**, having withdrawn his plea of Not Guilty entered, pleads **GUILTY** to Count **1** of the **Information**.

_____
(Signed) Defendant

Greenville, South Carolina
May 24, 2022